JANICE M. CHRISTENSEN, APPELLEE, V.
GILBERT D. CHRISTENSEN, APPELLANT.

317 N.W.2d 95

Filed March 19, 1982. No. 43948.

P. J. Heaton, Jr., for appellant.

Thomas M. Sonntag of Peetz, Peetz & Sonntag for appellee.

Heard before BOSLAUGH, McCOWN, and CLINTON, JJ., and HAMILTON and CASE, District Judges.

PER CURIAM.

This is an appeal involving a domestic relations matter. The sole issue on appeal is the propriety of the distribution of marital assets.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court.

The judgment is affirmed.

AFFIRMED.